IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Janice Biagioli,<br>    Plaintiff<br>v.<br><br>LVNV Funding, LLC,<br>    Defendant | Docket No. 3:22-733<br><br>(JUDGE MALACHY E. MANNION)<br><br>FILED ELECTRONICALLY |

## STIPULATION TO EXTEND DEADLINES

1. Currently, the deadline for discovery in this matter is April 28, 2023.

2. The parties have been engaging in discovery, and are finalizing written discovery and preparing to conduct depositions.

3. However, due to scheduling conflicts involving counsel and the parties, it will not be possible for depositions to be completed by the current discovery deadline.

4. Counsel for the parties have conferred in good-faith, and believe that a 60-day extension of time will be sufficient for discovery to be completed.

5. Additionally, the parties believe that the deadline for dispositive motions should likewise be extended.

6. This request is not being made for any improper purpose, and is instead being made due to *bona fide* scheduling conflicts.

7. Thus, the parties request that the Court approve this stipulation and:

  a. extend the deadline for discovery to June 30, 2023, and

  b. extend the deadline for dispositive motions to August 31, 2023.

| | |
|---|---|
| *s/ Brett Freeman*<br>Brett Freeman<br>Bar Number: PA 308834<br>FREEMAN LAW<br>210 Montage Mountain Road | *s/ Brendan Little (with consent)*<br>Brendan Little<br>Bar Number PA 317322<br>Lippes Mathias, LLP<br>50 Fountain Plaza, Suite 1700 |

Moosic, PA 18512
Attorney for Plaintiff
Phone (570) 589-0010
Fax (570) 456-5955
Email: brett@freeman.law

Buffalo, NY 14202
Attorney for Defendant
Phone (716) 853-5100
Fax (716) 853-5199
Email: blittle@lippes.com

**ORDER**

So ordered.

Date: 4/18/23

_____
Malachy E. Mannion
United States District Judge