IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Janice Biagioli,<br>　　　　　　Plaintiff<br>v.<br>LVNV Funding, LLC,<br>　　　　　　Defendant | Docket No. 3:22-733<br><br>(JUDGE MALACHY E. MANNION)<br><br>FILED ELECTRONICALLY |

## ORDER

Upon consideration of the Consent Motion to Stay Case, it is hereby ordered that the motion is GRANTED. This matter is stayed pending further order of the Court. Within 30 days of the Third Circuit's decision in *Barclift v. Keystone Credit Services, LLC*, No. 22-1925, the parties shall file a status report informing the Court of the result, and asking the Court to lift the stay.

Date: 5/8/23

Malachy E. Mannion
United States District Judge