IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANICE BIAGIOLI,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 3:22-cv-00733-MEM |
| | : | |
| **LVNV FUNDING, LLC,** | : | |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Lauren M. Burnette of Messer Strickler Burnette, Ltd. enters her appearance as counsel for Defendant, LVNV Funding, LLC ("LVNV") in this matter and requests service of all notices, pleadings, and other papers filed and/or served in this case.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By: /s/ Lauren M. Burnette
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Defendant LVNV Funding, LLC*

1

## CERTIFICATE OF SERVICE

I certify that on May 9, 2023, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

                          **MESSER STRICKLER BURNETTE, LTD.**

By:   */s/ Lauren M. Burnette*
       LAUREN M. BURNETTE, ESQUIRE
       PA Bar No. 92412
       12276 San Jose Blvd.
       Suite 718
       Jacksonville, FL 32223
       (904) 527-1172
       (904) 683-7353 (fax)
       lburnette@messerstrickler.com
       *Counsel for Defendant LVNV Funding, LLC*

Dated: May 9, 2023