IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE BIAGIOLI, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO. 3:22-cv-00733-MEM |
| | : |
| LVNV FUNDING, LLC, | : |
| | : |
| Defendant. | : |

### NOTICE OF CHANGE OF CONTACT INFORMATION

PLEASE TAKE NOTICE of the below change of address and phone number for counsel for Defendant LVNV Funding, LLC:

Lauren M. Burnette
MESSER STRICKLER BURNETTE, LTD.
1805 Myrtle Ave. N. #1202
Jacksonville, FL 32209
Direct: (904) 775-7705
Fax: (904) 293-1339

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By:    /s/ Lauren M. Burnette
       LAUREN M. BURNETTE, ESQUIRE
       PA Bar No. 92412
       1805 Myrtle Ave. N. #1202
       Jacksonville, FL 32209
       ☎ (904) 775-7705
       📠 (904) 293-1339 (fax)
       ✉ lburnette@messerstrickler.com

*Counsel for Defendant LVNV Funding, LLC*

Dated: September 5, 2024

## CERTIFICATE OF SERVICE

I certify that on September 5, 2024, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
1805 Myrtle Ave. N. #1202
Jacksonville, FL 32209
☎ (904) 775-7705
🖷 (904) 293-1339 (fax)
✉ lburnette@messerstrickler.com
*Counsel for Defendant LVNV Funding, LLC*

Dated: September 5, 2024