UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANICE BIAGIOLI, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:22-733 |
| v. | : | (JUDGE MANNION) |
| LVNV FUNDING, LLC, | : | |
| Defendant | : | |

## ORDER

On or before **October 8, 2024**, the parties are **HEREBY ORDERED** to advise the court as to the status of this action in light of the Third Circuit's opinion in *Barclift v. Keystone Credit Services, LLC*, 93 F.4th 136 (3d Cir. 2024).

MALACHY E. MANNION
United States District Judge

DATED: September 24, 2024
22-733-04