# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Janice Biagioli,<br>　　　　　　Plaintiff<br><br>　　v.<br><br>LVNV Funding, LLC,<br>　　　　　　Defendant | Docket No. 3:22-cv-00733-MEM<br><br>(Judge Malachy E. Mannion<br><br>ELECTRONICALLY FILED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of this matter with prejudice, with each side to bear its own fees and costs.

| | |
|---|---|
| *s/ Brett M. Freeman* | *s/ Lauren Burnette (with consent)* |
| Brett M. Freeman | Lauren Burnette |
| Bar Number PA 308834 | Bar Number PA 92412 |
| FREEMAN LAW | Messer Strickler Burnette, LTD |
| Attorney for Plaintiff | Attorney for Defendant |
| 606 Hamlin Highway, Suite 2 | 1805 Myrtle Ave. N. #1202 |
| Lake Ariel, PA 18436 | Jacksonville, FL 32209 |
| P: (570) 589-0010 | P: (904) 775-7705 |
| F: (570) 456-5955 | F: (904) 293-1339 |
| brett@freeman.law | lburnette@messerstrickler.com |